UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

No. 2:25-CR-13-01

v.

Hon. JANE M. BECKERING
U.S. District Judge

GEORGE VERNON ROGERS, JR.,
    aka "George Vernon Rogers-Sowieja,"
    aka "George Sowieja,"

       Defendant.
_____/

## GOVERNMENT'S MOTION FOR UPWARD VARIANCE

Now comes the United States of America, by and through Timothy VerHey, United States Attorney for the Western District of Michigan, and Theodore J. Greeley, Assistant United States Attorney, and moves this Court to vary upward from the applicable advisory guideline range in this matter. The basis for the request is further set forth in the government's sentencing memorandum.

          Respectfully submitted,

          TIMOTHY VERHEY
          United States Attorney

Dated: January 22, 2026         /s/ *Theodore J. Greeley*
          THEODORE J. GREELEY
          Assistant United States Attorney
          1930 US Hwy 41 W, 2d Floor
          Marquette, MI 49855
          (906)226-2500